Certificate Number: 06501-NJ-DE-033431513

Bankruptcy Case Number: 19-23132



06501-NJ-DE-033431513

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 18, 2019</u>, at <u>3:46</u> o'clock <u>PM CDT</u>, <u>Julio Sosa</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 18, 2019</u>

By:   <u>/s/Carlo Skrupa</u>

Name:  <u>Carlo Skrupa</u>

Title:  <u>Program Manager</u>