DAVID C RUSSO ESQ
RUSSO & RUSSO ESQS
901 TEANECK RD
TEANECK, NJ  07666

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-23132

Re:  JULIO SOSA
327 SHERIDAN AVENUE
ROSELLE PARK,  NJ  07204

Atty:  DAVID C RUSSO ESQ
RUSSO & RUSSO ESQS
901 TEANECK RD
TEANECK, NJ  07666

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,162.00**

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 17682209276 | 09/12/2019 | $100.00 | 25914448067 |
| 10/08/2019 | $189.00 | 25914449654 | 11/05/2019 | $189.00 | 26192332888 |
| 12/04/2019 | $189.00 | 26192341247 | 01/07/2020 | $189.00 | 26192349303 |

**Total Receipts: $956.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $956.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | | | | | | |
| | 09/16/2019 | $96.00 | 833,070 | 10/21/2019 | $98.50 | 835,048 |
| | 11/18/2019 | $179.17 | 837,144 | 12/16/2019 | $179.17 | 839,070 |
| | 01/13/2020 | $179.17 | 840,940 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 44.82 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 4,369.37 | * | 0.00 | |
| 0002 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | DISCOVER BANK | UNSECURED | 3,594.18 | * | 0.00 | |
| 0004 | GREENSKY, LLC | UNSECURED | 13,258.13 | * | 0.00 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 5,999.71 | * | 0.00 | |
| 0008 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 2,630.22 | 100.00% | 732.01 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 818.99 | * | 0.00 | |

**Total Paid:  $776.83**
See Summary

**Chapter 13 Case # 19-23132**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $956.00    -    Paid to Claims: $732.01    -    Admin Costs Paid: $44.82    =    Funds on Hand: $179.17

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.