UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Julio Sosa,

Debtor.

Case No.:    19-23132-RG

Chapter:    13

Hearing Date:    02/05/2020

Judge:    Gambardella

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 327 Sheridan Aveue (Docket # 18)

_____

Date: 1/30/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*