| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |



Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   JULIO SOSA

Case No.:  19-23132 RG

Hearing Date:  9/4/2020

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: August 12, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):        JULIO SOSA

Case No.:        19-23132 RG

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 09/06/2019 is hereby modified as a result of the expiration of the claims bar date and that commencing 08/01/2019 the Debtor shall pay the Standing Trustee the sum of $2,090.00 paid into date over 12 month(s), and then commencing 08/01/2020 the sum of $246.00 for a period of 48 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk