| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>JULIO SOSA | Order Filed on August 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-23132 RG<br><br>Hearing Date:  9/4/2020<br><br>Judge:  ROSEMARY GAMBARDELLA<br><br>Debtor is Entitled To Discharge |

**MODIFIED ORDER CONFIRMING PLAN**

The relief set forth on the following pages is hereby ORDERED.

**DATED: August 12, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:       19-23132 RG

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 09/06/2019 is hereby modified as a result of the expiration of the claims bar date and that commencing 08/01/2019 the Debtor shall pay the Standing Trustee the sum of $2,090.00 paid into date over 12 month(s), and then commencing 08/01/2020 the sum of $246.00 for a period of 48 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Julio Sosa  
    Debtor

Case No. 19-23132-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db         +Julio Sosa,    327 Sheridan Avenue,    Roselle Park, NJ 07204-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
         David C Russo    on behalf of Debtor Julio  Sosa attorneydavidrusso@gmail.com,
          deannabuss@gmail.com;russodr84994@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Lakeview Loan Servicing LLC
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 6