DAVID C RUSSO ESQ
RUSSO & RUSSO ESQS
901 TEANECK RD
TEANECK, NJ  07666


Re:  JULIO SOSA                                                                Atty:  DAVID C RUSSO ESQ
327 SHERIDAN AVENUE                                                                   RUSSO & RUSSO ESQS
ROSELLE PARK,  NJ  07204                                                              901 TEANECK RD
                                                                                       TEANECK, NJ  07666

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-23132

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,898.00**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 17682209276 | 09/12/2019 | $100.00 | 25914448067 |
| 10/08/2019 | $189.00 | 25914449654 | 11/05/2019 | $189.00 | 26192332888 |
| 12/04/2019 | $189.00 | 26192341247 | 01/07/2020 | $189.00 | 26192349303 |
| 02/04/2020 | $189.00 | 26464057154 | 03/06/2020 | $189.00 | 26464066593 |
| 07/01/2020 | $756.00 | 6907489000 | 08/25/2020 | $246.00 | 7033946000 |
| 09/10/2020 | $246.00 | 7077116000 | 10/08/2020 | $246.00 | 7147389000 |
| 11/13/2020 | $246.00 | 7228283000 | 12/08/2020 | $246.00 | 7292964000 |

**Total Receipts: $3,320.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,320.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 12/21/2020 | $38.77 | 861,395 | | 01/11/2021 | $35.46 | 863,194 |
| DISCOVER BANK | | | | | | | |
| | 12/21/2020 | $31.89 | 861,577 | | 01/11/2021 | $29.17 | 863,354 |
| GREENSKY, LLC | | | | | | | |
| | 11/16/2020 | $10.05 | 859,850 | | 12/21/2020 | $107.58 | 861,674 |
| | 01/11/2021 | $107.60 | 863,444 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 12/21/2020 | $53.24 | 861,227 | | 01/11/2021 | $48.69 | 863,057 |
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 09/16/2019 | $96.00 | 833,070 | | 10/21/2019 | $98.50 | 835,048 |
| | 11/18/2019 | $179.17 | 837,144 | | 12/16/2019 | $179.17 | 839,070 |
| | 01/13/2020 | $179.17 | 840,940 | | 02/10/2020 | $179.17 | 842,819 |
| | 03/16/2020 | $179.17 | 844,689 | | 04/20/2020 | $179.17 | 846,635 |
| | 08/17/2020 | $699.30 | 853,896 | | 10/19/2020 | $455.10 | 857,573 |
| | 11/16/2020 | $206.30 | 859,368 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 12/21/2020 | $7.27 | 8,001,947 | | 01/11/2021 | $6.64 | 8,002,011 |

Chapter 13 Case # 19-23132

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 213.42 | TBD | |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,369.37 | * | 74.23 | | |
| 0002 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | | |
| 0003 | DISCOVER BANK | UNSECURED | 3,594.18 | * | 61.06 | | |
| 0004 | GREENSKY, LLC | UNSECURED | 13,258.13 | * | 225.23 | | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 5,999.71 | * | 101.93 | | |
| 0008 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 2,630.22 | 100.00% | 2,630.22 | | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 818.99 | * | 13.91 | | |

**Total Paid:  $3,320.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $3,320.00       -       Paid to Claims: $3,106.58       -       Admin Costs Paid: $213.42       =       Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.