Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23132−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio Sosa
   327 Sheridan Avenue
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−8118

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/22 at 10:00 AM

to consider and act upon the following:

*36* − Motion re: Notice of Motion to Permit Debtor to Execute Partial Claim Second Note and Mortgage Filed by David C Russo on behalf of Julio Sosa. (Attachments: # 1 Certification Certification of Debtor # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (Russo, David)


Dated: 5/5/22

                                                 Jeanne Naughton
                                                 Clerk, U.S. Bankruptcy Court