Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23132−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio Sosa
   327 Sheridan Avenue
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−8118

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/22 at 10:00 AM

to consider and act upon the following:

*39* − Letter in reply(related document:35 Creditor's Certification of Default (related document:18 Motion for Relief from Stay re: 327 Sheridan Avenue, Roselle Park, NJ, 07204. Fee Amount $ 181. filed by Creditor Lakeview Loan Servicing LLC, 21 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Lakeview Loan Servicing LLC. Objection deadline is 05/18/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Lakeview Loan Servicing LLC) filed by David C Russo on behalf of Julio Sosa. (Russo, David) Modified on 5/18/2022 (dmc).

Dated: 5/19/22

                                     Jeanne Naughton
                                     Clerk, U.S. Bankruptcy Court