```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DAVID C. RUSSO, ESQ.
I.D. #002741979
RUSSO & RUSSO, P.C.
901 Teaneck Road
Teaneck, NJ 07666
(201) 833-9393
(201) 833-9589 (fax)
```

Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JULIO SOSA

Case No.: 19-23132-RG

Chapter: 13

Hearing Date: 8/17/22

Judge: Rosemary Gambardella

## ORDER

**ORDER GRANTING** Debtor to execute partial claim second Note and Mortgage with regard to Debtor's residence located at 327 Sheridan Avenue, Roselle Park, New Jersey 07204.

The relief set forth on the following pages, is **ORDERED**.

**DATED: August 24, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having reviewed the movant's Notice of Motion to execute partial claim second Note and Mortgage with regard to Debtor's residence located at 327 Sheridan Avenue, Roselle Park, New Jersey 07204, and any related responses or objections, it is hereby ORDERED that:

1. Debtor is hereby permitted to execute Partial Claim Second Note and Mortgage in favor of M&T Bank in the amount of $38,030.86 with regard to property located at 327 Sheridan Avenue, Roselle Park, New Jersey 07204.

HON. ROSEMARY GAMBARDELLA

United States Bankruptcy Court

District of New Jersey

In re:  
Julio Sosa  
      Debtor

Case No. 19-23132-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julio Sosa, 327 Sheridan Avenue, Roselle Park, NJ 07204-2136 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David C Russo | on behalf of Debtor Julio Sosa attorneydavidrusso@gmail.com deannabuss@gmail.com;russodr84994@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Aug 24, 2022      Form ID: pdf903      Total Noticed: 1

TOTAL: 6