LAW OFFICES
## RUSSO & RUSSO, P.C.
A PROFESSIONAL CORPORATION
901 TEANECK ROAD
TEANECK, NJ 07666-4511
(201) 833-9393
FAX (201) 833-9589
lawyerrusso@optonline.net

PLEASE REPLY TO TEANECK

DAVID C. RUSSO
N.J., N.Y., PA., D.C. AND FLA. BARS

425 BEACH ROAD
TEQUESTA, FL 33469
(561) 745-3097

September 1, 2022

U.S. Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re: **OBJECTION LETTER**
**DEBTOR: SOSA, JULIO**
**CASE #: 19-23132-RG**

Dear Sir:

Please be advised that this firm represents JULIO SOSA, Petitioner with regard to captioned Chapter 13 bankruptcy matter.

Please accept this letter as a written objection to the Trustee's Certification of Default showing arrearages of $492.04.

However, the Debtor has now made the July and August payments, copy of the receipts attached.

Therefore, I would appreciate if you would not dismiss the Petitioner's bankruptcy case.

Thank you for your courtesies and cooperation. If you should have any questions, please contact me at my Teaneck office.

Very truly yours,

DAVID C. RUSSO

DCR:db
Enclosures
cc: Mr. Julio Sosa

## Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

### Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 30 Aug 2022, $ 248.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 8676424 |
| Payer Name: | Julia Sosa |
| Payer Email Address: | jrjusosa@hotmail.com |
| Online Payment ID: | 19221328138 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 29 Aug 2022 |
| Payment Date: | 29 Aug 2022 |
| Payment Effective Date: | 30 Aug 2022 |
| Payment Amount: | $ 246.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 248.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 246.00 and $ 2.00*

Close Window    Print



## Make A Payment - Confirm Payment Details

1. Accept Terms & Conditions | **2. Confirm Payment Details** | 3. Payment Completed

Please confirm the following payment details are correct before continuing:

| | |
|---|---|
| **Payer Name:** | Julio Sosa |
| Payer Email Address: | jujusosa@hotmail.com |
| **Online Payment ID:** | 19231328118 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| **Payment Type:** | **Single Payment** |
| Payment Entered Date: | 26 Aug 2022 |
| Payment Date: | 26 Aug 2022 |
| Payment Effective Date: | 29 Aug 2022 |
| Payment Amount: | 246.00 |
| Bank Processing Fee: | 2.00 |
| **Total Amount:** | **248.00** |
| **Payment Method:** | **Checking/Savings** |
| Routing Number: | 031201360 |
| Account Type: | Personal/Checking |
| Account Number: | xxxxx xxxx 6576 |

 Submit Payment     Cancel