Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23132−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio Sosa
   327 Sheridan Avenue
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−8118

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/22 at 10:00 AM

to consider and act upon the following:

*61* − Objection to Trustee's Certificate of Default (related document:41 Certificate of Service (related document:40 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg, 58 Certificate of Service (related document:56 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg) filed by David C Russo on behalf of Julio Sosa. (Russo, David)

Dated: 9/6/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court