DAVID C RUSSO ESQ
RUSSO & RUSSO ESQS
901 TEANECK RD
TEANECK, NJ  07666

Re:  JULIO SOSA  
    327 SHERIDAN AVENUE  
    ROSELLE PARK,  NJ  07204

Atty:  DAVID C RUSSO ESQ  
    RUSSO & RUSSO ESQS  
    901 TEANECK RD  
    TEANECK, NJ  07666

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 19-23132

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,898.00**

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 17682209276 | 09/12/2019 | $100.00 | 25914448067 |
| 10/08/2019 | $189.00 | 25914449654 | 11/05/2019 | $189.00 | 26192332888 |
| 12/04/2019 | $189.00 | 26192341247 | 01/07/2020 | $189.00 | 26192349303 |
| 02/04/2020 | $189.00 | 26464057154 | 03/06/2020 | $189.00 | 26464066593 |
| 07/01/2020 | $756.00 | 6907489000 | 08/25/2020 | $246.00 | 7033946000 |
| 09/10/2020 | $246.00 | 7077116000 | 10/08/2020 | $246.00 | 7147389000 |
| 11/13/2020 | $246.00 | 7228283000 | 12/08/2020 | $246.00 | 7292964000 |
| 01/27/2021 | $246.00 | 7406463000 | 02/03/2021 | $246.00 | 7427904000 |
| 03/03/2021 | $246.00 | 7499193000 | 04/09/2021 | $246.00 | 7588580000 |
| 05/06/2021 | $246.00 | 7654284000 | 06/04/2021 | $246.00 | 7720690000 |
| 07/09/2021 | $246.00 | 7800268000 | 08/19/2021 | $246.00 | 7890393000 |
| 09/28/2021 | $246.00 | 7974661000 | 10/12/2021 | $246.00 | 8009404000 |
| 11/10/2021 | $246.00 | 8075054000 | 01/06/2022 | $246.00 | 8194605000 |
| 02/02/2022 | $246.00 | 8248966000 | 03/03/2022 | $246.00 | 8317343000 |
| 04/05/2022 | $246.00 | 8387143000 | 05/23/2022 | $246.00 | 8481611000 |
| 06/06/2022 | $246.00 | 8512944000 | 06/07/2022 | $246.00 | 8515288000 |
| 08/30/2022 | $246.00 | 8676424000 | 09/07/2022 | $246.00 | 8695450000 |
| 10/04/2022 | $246.00 | 8749951000 | 11/07/2022 | $246.00 | 8812893000 |
| 12/08/2022 | $246.00 | 8872203000 | 01/09/2023 | $246.00 | 8926447000 |

**Total Receipts: $9,224.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,224.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 12/21/2020 | $38.77 | 861,395 | 01/11/2021 | $35.46 | 863,194 |
| | 03/15/2021 | $70.92 | 866,725 | 04/19/2021 | $35.46 | 868,385 |
| | 04/19/2021 | ($35.46) | 868,385 | 04/19/2021 | $35.46 | 869,690 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/17/2021 | $35.44 | 870,296 | | 06/21/2021 | $36.03 | 872,097 |
| | 07/19/2021 | $36.05 | 873,902 | | 08/16/2021 | $36.03 | 875,586 |
| | 09/20/2021 | $36.03 | 877,315 | | 11/17/2021 | $72.45 | 880,803 |
| | 12/13/2021 | $36.42 | 882,439 | | 02/14/2022 | $36.42 | 885,782 |
| | 03/14/2022 | $36.42 | 887,496 | | 04/18/2022 | $36.98 | 889,191 |
| | 05/16/2022 | $36.99 | 890,904 | | 08/15/2022 | $110.99 | 895,883 |
| | 10/17/2022 | $73.98 | 899,159 | | 11/14/2022 | $36.20 | 900,736 |
| | 12/12/2022 | $36.26 | 902,291 | | 01/09/2023 | $36.21 | 903,778 |
| DISCOVER BANK | | | | | | | |
| | 12/21/2020 | $31.89 | 861,577 | | 01/11/2021 | $29.17 | 863,354 |
| | 03/15/2021 | $58.33 | 866,887 | | 04/19/2021 | $29.17 | 868,583 |
| | 05/17/2021 | $29.17 | 870,480 | | 06/21/2021 | $29.64 | 872,291 |
| | 07/19/2021 | $29.63 | 874,083 | | 08/16/2021 | $29.65 | 875,766 |
| | 09/20/2021 | $29.64 | 877,509 | | 11/17/2021 | $59.60 | 880,989 |
| | 12/13/2021 | $29.96 | 882,620 | | 02/14/2022 | $29.95 | 885,970 |
| | 03/14/2022 | $29.96 | 887,672 | | 04/18/2022 | $30.43 | 889,387 |
| | 05/16/2022 | $30.43 | 891,080 | | 08/15/2022 | $91.26 | 896,063 |
| | 10/17/2022 | $60.86 | 899,328 | | 11/14/2022 | $29.82 | 900,908 |
| | 12/12/2022 | $29.79 | 902,452 | | 01/09/2023 | $29.80 | 903,940 |
| GREENSKY, LLC | | | | | | | |
| | 11/16/2020 | $10.05 | 859,850 | | 12/21/2020 | $107.58 | 861,674 |
| | 01/11/2021 | $107.60 | 863,444 | | 03/15/2021 | $215.18 | 866,980 |
| | 04/19/2021 | $107.59 | 868,698 | | 05/17/2021 | $107.63 | 870,587 |
| | 06/21/2021 | $109.34 | 872,393 | | 07/19/2021 | $109.30 | 874,179 |
| | 08/16/2021 | $109.34 | 875,871 | | 09/20/2021 | $109.34 | 877,614 |
| | 11/17/2021 | $219.83 | 881,092 | | 12/13/2021 | $110.50 | 882,714 |
| | 02/14/2022 | $110.50 | 886,059 | | 03/14/2022 | $110.50 | 887,769 |
| | 04/18/2022 | $112.26 | 889,495 | | 05/16/2022 | $112.24 | 891,182 |
| | 08/15/2022 | $336.74 | 896,163 | | 10/17/2022 | $224.49 | 899,420 |
| | 11/14/2022 | $109.92 | 900,996 | | 12/12/2022 | $109.90 | 902,546 |
| | 01/09/2023 | $109.93 | 904,038 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 12/21/2020 | $53.24 | 861,227 | | 01/11/2021 | $48.69 | 863,057 |
| | 03/15/2021 | $97.38 | 866,570 | | 04/19/2021 | $48.69 | 868,187 |
| | 04/19/2021 | ($48.69) | 868,187 | | 04/19/2021 | $48.69 | 869,687 |
| | 05/17/2021 | $48.66 | 870,114 | | 06/21/2021 | $49.48 | 871,892 |
| | 07/19/2021 | $49.50 | 873,715 | | 08/16/2021 | $49.47 | 875,401 |
| | 09/20/2021 | $49.48 | 877,119 | | 11/17/2021 | $99.48 | 880,606 |
| | 12/13/2021 | $50.00 | 882,243 | | 02/14/2022 | $50.01 | 885,573 |
| | 03/14/2022 | $50.00 | 887,294 | | 04/18/2022 | $50.80 | 888,960 |
| | 05/16/2022 | $50.79 | 890,695 | | 08/15/2022 | $152.39 | 895,676 |
| | 10/17/2022 | $101.59 | 898,937 | | 11/14/2022 | $49.75 | 900,501 |
| | 12/12/2022 | $49.73 | 902,076 | | 01/09/2023 | $49.75 | 903,565 |
| LAKEVIEW LOAN SERVICING LLC | | | | | | | |
| | 09/16/2019 | $96.00 | 833,070 | | 10/21/2019 | $98.50 | 835,048 |
| | 11/18/2019 | $179.17 | 837,144 | | 12/16/2019 | $179.17 | 839,070 |
| | 01/13/2020 | $179.17 | 840,940 | | 02/10/2020 | $179.17 | 842,819 |
| | 03/16/2020 | $179.17 | 844,689 | | 04/20/2020 | $179.17 | 846,635 |
| | 08/17/2020 | $699.30 | 853,896 | | 10/19/2020 | $455.10 | 857,573 |
| | 11/16/2020 | $206.30 | 859,368 | | | | |

**Chapter 13 Case # 19-23132**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/21/2020 | $7.27 | 8,001,947 | 01/11/2021 | $6.64 | 8,002,011 |
| | 03/15/2021 | $13.29 | 8,002,123 | 04/19/2021 | $6.66 | 8,002,171 |
| | 05/17/2021 | $6.64 | 8,002,234 | 06/21/2021 | $6.75 | 8,002,277 |
| | 07/19/2021 | $6.76 | 8,002,330 | 08/16/2021 | $6.75 | 8,002,383 |
| | 09/20/2021 | $6.75 | 8,002,432 | 11/17/2021 | $13.59 | 8,002,529 |
| | 12/13/2021 | $6.83 | 8,002,581 | 02/14/2022 | $6.82 | 8,002,683 |
| | 03/14/2022 | $6.83 | 8,002,741 | 04/18/2022 | $6.93 | 8,002,785 |
| | 05/16/2022 | $6.93 | 8,002,843 | 08/15/2022 | $20.80 | 8,002,997 |
| | 10/17/2022 | $13.87 | 8,003,103 | 11/14/2022 | $6.79 | 8,003,148 |
| | 12/12/2022 | $6.79 | 8,003,201 | 01/09/2023 | $6.79 | 8,003,257 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 524.53 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,369.37 | * | 909.51 | |
| 0002 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | DISCOVER BANK | UNSECURED | 3,594.18 | * | 748.15 | |
| 0004 | GREENSKY, LLC | UNSECURED | 13,258.13 | * | 2,759.76 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 5,999.71 | * | 1,248.88 | |
| 0008 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 2,630.22 | 100.00% | 2,630.22 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 818.99 | * | 170.48 | |

**Total Paid: $8,991.53**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $9,224.00    -    Paid to Claims: $8,467.00    -    Admin Costs Paid: $524.53    =    Funds on Hand: $232.47

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.