LAW OFFICES
# RUSSO & RUSSO, P.C.
A PROFESSIONAL CORPORATION
901 TEANECK ROAD
TEANECK, NJ 07666-4511
(201) 833-9393
FAX (201) 833-9589
lawyerrusso@optonline.net

PLEASE REPLY TO TEANECK

DAVID C. RUSSO
N.J., N.Y., PA., D.C. AND FLA. BARS

425 BEACH ROAD
TEQUESTA, FL 33469
(561) 745-3097

January 31, 2024

U.S. Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re: **OBJECTION LETTER**
 **DEBTOR: SOSA, JULIO**
 **CASE #: 19-23132-RG**

Dear Sir:

Please be advised that this firm represents JULIO SOSA, Petitioner with regard to captioned Chapter 13 bankruptcy matter.

Please accept this letter as a written objection to the Trustee's Certification of Default showing arrearages of $492.04.

The Debtor has now made the payments, copy of the receipts attached.

Therefore, I would appreciate if you would not dismiss the Petitioner's bankruptcy case.

Thank you for your courtesies and cooperation. If you should have any questions, please contact me at my Teaneck office.

Very truly yours,

DAVID C. RUSSO

DCR:dv
Enclosures
cc: Mr. Julio Sosa

 



## All Transactions

**Name**: Julio Sosa
**Address**: 327 Sheridan Avenue, Roselle Park, NJ, 07204

**Completed Transactions**: 4
**Paid via TFS**: $984.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| January 26, 2024 | Monthly Plan Payment | 19-23132 | | | 15262105 | $243.00 | Pending |
| December 13, 2023 | Monthly Plan Payment | 19-23132 | December 19, 2023 | December 20, 2023 | 14978756 | $246.00 | Complete |
| November 13, 2023 | Monthly Plan Payment | 19-23132 | November 17, 2023 | November 20, 2023 | 14780308 | $246.00 | Complete |
| October 16, 2023 | Monthly Plan Payment | 19-23132 | October 20, 2023 | October 23, 2023 | 14598117 | $246.00 | Complete |
| September 15, 2023 | Monthly Plan Payment | 19-23132 | September 21, 2023 | September 22, 2023 | 14401605 | $246.00 | Complete |