| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284 </br> Marie-Ann Greenberg, Standing Trustee </br> 30 TWO BRIDGES ROAD </br> SUITE 330 </br> FAIRFIELD, NJ  07004-1550 </br> 973-227-2840 </br> Chapter 13 Standing Trustee |
| IN RE: </br>     JULIO SOSA |

Order Filed on March 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-23132 RG

Hearing Date:  3/6/2024

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 7, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): JULIO SOSA

Case No.: 19-23132

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/06/2024 on notice to DAVID C RUSSO ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to make February's payment to the Trustee's office by 3/11/2024 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.