LAW OFFICES
# RUSSO & RUSSO, P.C.
A PROFESSIONAL CORPORATION
901 TEANECK ROAD
TEANECK, NJ 07666-4511
(201) 833-9393
FAX (201) 833-9589
lawyerrusso@optonline.net

PLEASE REPLY TO TEANECK

**DAVID C. RUSSO**
N.J., N.Y., PA., D.C. AND FLA. BARS

425 BEACH ROAD
TEQUESTA, FL 33469
(561) 745-3097

May 31, 2024

U.S. Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  **OBJECTION LETTER**
     **DEBTOR:   SOSA, JULIO**
     **CASE #:   19-23132-RG**

Dear Sir:

Please be advised that this firm represents JULIO SOSA, Petitioner with regard to captioned Chapter 13 bankruptcy matter.

Please accept this letter as a written objection to the Trustee's Certification of Default.

I enclose a copy of a statement from the TFS website received by my client.

Mr. Sosa believes that he is current inclusive of the May payment.

Therefore, I would appreciate if you would not dismiss the Petitioner's bankruptcy case.

Thank you for your courtesies and cooperation. If you should have any questions, please contact me at my Teaneck office.

Very truly yours,

DAVID C. RUSSO

DCR:dv
Enclosure
cc: Mr. Julio Sosa

 



**Name**: Julio Sosa
**Address**: 327 Sheridan Avenue, Roselle Park, NJ, 07204

**Completed Transactions**: 9
**Paid via TFS**: $2,214.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| May 17, 2024 | Monthly Plan Payment | 19-23132 | May 23, 2024 | May 24, 2024 | 16036050 | $246.00 | Complete |
| April 05, 2024 | Monthly Plan Payment | 19-23132 | April 11, 2024 | April 12, 2024 | 15747845 | $246.00 | Complete |
| February 28, 2024 | Monthly Plan Payment | 19-23132 | March 05, 2024 | March 06, 2024 | 15480824 | $246.00 | Complete |
| February 09, 2024 | Monthly Plan Payment | 19-23132 | February 15, 2024 | February 16, 2024 | 15359201 | $249.00 | Complete |
| January 26, 2024 | Monthly Plan Payment | 19-23132 | February 01, 2024 | February 02, 2024 | 15262105 | $243.00 | Complete |
| December 13, 2023 | Monthly Plan Payment | 19-23132 | December 19, 2023 | December 20, 2023 | 14978756 | $246.00 | Complete |
| November 13, 2023 | Monthly Plan Payment | 19-23132 | November 17, 2023 | November 20, 2023 | 14780308 | $246.00 | Complete |
| October 16, 2023 | Monthly Plan Payment | 19-23132 | October 20, 2023 | October 23, 2023 | 14598117 | $246.00 | Complete |
| September 15, 2023 | Monthly Plan Payment | 19-23132 | September 21, 2023 | September 22, 2023 | 14401605 | $246.00 | Complete |