Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23132−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Julio Sosa
  327 Sheridan Avenue
  Roselle Park, NJ 07204

Social Security No.:
  xxx−xx−8118

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/7/24 at 10:00 AM

to consider and act upon the following:

**77** – Objection to Trustee's Certification of Default (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David C Russo on behalf of Julio Sosa. (Russo, David)

Dated: 6/4/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court