UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Julio Sosa

Case No.: _____19-23132-RG_____

Judge: _____Gambardella_____

Chapter: 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____JULIO SOSA_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ❏ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ❏ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 327 Sheridan Avenue, Roselle Park, NJ 07204

4. The name and address of my current employer is (enter NONE if not currently employed):
   Lotte NY Palace Hotel
   455 Madison Ave
   my, Ny 10022

I certify under penalty of perjury that the foregoing is true and correct.

Date: 09/12/2024                                              _____
                                                              Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*